James I. KUROIWA, Jr.; Patricia A. Carroll; Toby M. Kravet; Garry P. Smith; Earl F. Arakaki; Thurston Twigg–Smith, Plaintiffs—Appellants,

v.

UNITED STATES of America, Respondent—Appellee,

Linda Lingle, in her official capacity as Governor of the State of Hawaii; Georgina Kawamura, in her official capacity as Director of the Department of Budget and Finance; Russ K. Saito, in his official capacity as State Comptroller and Director of the Department of Accounting and General Services; Laura H. Thielen, in her official capacity as Chairman of the Board of Land and Natural Resources; Sandra Lee Kunimoto, in her

---

official capacity as Director of the Department of Agriculture; Theodore E. Liu, in his official capacity as Director of the Department of Business Economic Development and Tourism; Brennon Morioka, in his official capacity as Interim Director of the Department of Transportation; Haunani Apoliona, in her capacity as Chairperson of the Office of Hawaiian Affairs; Walter M. Heen; Rowena Akana; Donald B. Cataluna; Robert K. Lindsey Jr.; Colette Y. Machado; Boyd P. Mossman; Oswald Stender; John D. Waihee, IV, in their official capacities as Trustees of the Office of Hawaiian Affairs, Defendants—Appellees.

James I. Kuroiwa, Jr.; Patricia A. Carroll; Toby M. Kravet; Garry P. Smith; Earl F. Arakaki; Thurston Twigg–Smith, Plaintiffs,

and

H. William Burgess, Appellant,

v.

United States of America, Respondent— Appellee,

Linda Lingle, in her official capacity as Governor of the State of Hawaii; Georgina Kawamura, in her official capacity as Director of the Department of Budget and Finance; Russ K. Saito, in his official capacity as State Comptroller and Director of the Department of Accounting and General Services; Laura H. Thielen, in her official capacity as Chairman of the Board of Land and Natural Resources; Sandra Lee Kunimoto, in her official capacity as Director of the

Department of Agriculture; Theodore E. Liu, in his official capacity as Director of the Department of Business Economic Development and Tourism; Brennon Morioka, in his official capacity as Interim Director of the Department of Transportation; Haunani Apoliona, in her capacity as Chairperson of the Office of Hawaiian Affairs; Walter M. Heen; Rowena Akana; Donald B. Cataluna; Robert K. Lindsey Jr.; Colette Y. Machado; Boyd P. Mossman; Oswald Stender; John D. Waihee, IV, in their official capacities as Trustees of the Office of Hawaiian Affairs, Defendants—Appellees.

Nos. 08–16769, 08–17287.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 13, 2009, as to No. 08–17287.

Submitted Oct. 13, 2009, as to No. 08–16769.*

Filed Nov. 5, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

240

H. William Burgess, Esquire, Attorney at Law, Honolulu, HI, for Plaintiffs–Appellants.

Lawrence Tong, Assistant U.S. Attorney, USH–Office of the U.S. Attorney, Honolulu, HI, for Respondent–Appellee.

Charleen M. Aina, Esquire, Deputy Attorney General, Girard Douglas Lau, Esquire, Deputy Attorney General, AGHI–Office of the Hawaii Attorney General, Lisa Williams Cataldo, Esquire, Becky Thomas Chestnut, Esquire, Robert G. Klein, Esquire, McCorriston Miller Mukai MacKinnon LLP, Honolulu, HI, for Defendants–Appellees.

Before: BEEZER, GRABER, and FISHER, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

MEMORANDUM **

Plaintiffs James I. Kuroiwa, Jr., Patricia A. Carroll, Toby M. Kravet, Garry P. Smith, Earl F. Arakaki, and Thurston Twigg–Smith appeal the district court's judgment on the pleadings in their action alleging breaches of trust and constitutional claims against Defendants Linda Lingle, Georgina Kawamura, Russ K. Saito, Laura H. Thielen, Sandra Lee Kunimoto, Theodore E. Liu, Brennon Morioka, Haunani Apoliona, Walter M. Heen, Rowena Akana, Donald B. Cataluna, Robert K. Lindsey, Jr., Colette Y. Machado, Boyd P. Mossman, Oswald Stender, and John D. Waihee IV. Plaintiffs' lawyer, H. William Burgess, appeals the district court's imposition of sanctions against him under Federal Rule of Civil Procedure 11. Burgess also appeals the district court's denial of his motion for Rule 11 sanctions against Defendants' lawyers. Reviewing de novo the judgment on the pleadings, *Knappenberger v. City of Phoenix*, 566 F.3d 936, 939 (9th Cir.2009), and reviewing for abuse of discretion the imposition of Rule 11 sanctions, as well as a refusal to do so, *Holgate v. Baldwin*, 425 F.3d 671, 675 (9th Cir. 2005), we affirm.

1. The district court correctly held that Plaintiffs' claims are foreclosed by *Arakaki v. Lingle*, 477 F.3d 1048 (9th Cir. 2007). Although we remanded in *Arakaki* to allow the plaintiffs to present an alternative theory of standing, if any exists, Plaintiffs here raise only theories of standing that we rejected in *Arakaki*. Our decision in *Arakaki* is binding on us. *See generally Miller v. Gammie*, 335 F.3d 889, 899–900 (9th Cir.2003) (en banc).

2. The district court did not abuse its discretion in imposing Rule 11 sanctions

against Burgess. The filing of the complaint was "both baseless and made without a reasonable and competent inquiry." *Holgate,* 425 F.3d at 676 (internal quotation marks and emphases omitted). As discussed above, *Arakaki* is binding on us and on the district court. The district court reasonably concluded that the complaint's failure to allege a different theory of standing rendered the complaint frivolous. Because Burgess was the counsel of record in *Arakaki,* the second prong of the inquiry is plainly met.

3. The district court did not abuse its discretion in denying the motion for sanctions against Defendants' lawyers. The district court correctly concluded that the motion was, itself, "wholly frivolous." *Kuroiwa v. Lingle,* No. CV–08–00153–JMS–KSC, 2008 WL 4056137, at *5 (D.Haw. Aug.27, 2008) (unpublished order granting OHA Defendants' motion for Rule 11 sanctions and denying Plaintiffs' motion for Rule 11 sanctions).

**AFFIRMED.**

